UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEATHER ENTREKIN, individually and as Personal Representative of the Estate of Frances Cartwright,

Plaintiff,

v.

LIFE CARE CENTER OF FEDERAL WAY; LIFE CARE CENTERS OF AMERICA, INC.; JOHN/JANE DOES; and XYZ CORPORATIONS,

Defendants.

C23-1785 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion, docket no. 10, for leave to amend to join Scott Carlston, Emily Greenwood, and Michelle Huntley as defendants, and to remand for lack of subject matter (diversity) jurisdiction is GRANTED. See 28 U.S.C. § 1447(e) ("If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may . . . permit joinder and remand the action to the State court.").

(2) Plaintiff shall electronically file her amended complaint within seven (7) days of the date of this Minute Order.

(3) If Plaintiff timely files an amended complaint joining Carlston, Greenwood, and/or Huntley, then the Clerk shall effectuate a remand of this matter to King County Superior Court at least fourteen (14) days after the date of this Minute Order. If plaintiff does not timely file an amended pleading or fails to name a non-diverse defendant, then this matter shall remain pending in this district.

MINUTE ORDER - 1

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of January, 2024.

                                                Ravi Subramanian
                                                Clerk

                                                s/Laurie Cuaresma
                                                Deputy Clerk

MINUTE ORDER - 2